## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 28 EAL 2015
:
               Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.                       :
:
:
:
DENEA LANGSTON,              :
:
               Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.